FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 27 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
__WESTERN__ DIVISION

CASE NO. 4:10cv02042 BSM/JTR

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Cecil EDWARDS Jr
ADC # 601363

Address: 300 Correction Dr Newport Ar 72112

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____   ...assigned to District Judge Miller
ADC # _____              and to Magistrate Judge Ray

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Karl Byrd

Position: Sheriff

Place of employment: Faulkner County Detention Center

Address: 801 Locust St Conway Ar 72032

Name of defendant: John Randall

Position: Captain

Place of employment: Faulkner County Dentention Center

Address: 801 Locust St Conway Ar 72032

Name of defendant: Lt Lasker

Position: Lt

Place of employment: Faulkner County Detention Center

Address: 801 Locust St Conway Ar 72032

Name of defendant: Troy Porter

Position: Lt

Place of employment: Faulkner County Detention Center

Address: 801 Locust St Conway Ar 72032

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

☐ Court (if federal court, name the district; if state court, name the county):
N/A

NAme of Defendant Cpl Hall

Position Cpl

Place of employment Falulkner County Detention center

Address 801 Locust St Conway Ar 72032

NAme of Defendant Sgt Fowkles

Position Sgt

Place of employment Faulkner County Dentemation center

Address 801 Locust St conway Ar 72032

Name of Defendant Officer Thomas

Position Officer

Place of employment Faulkner County Dentention Center

Address 801 Locust St Conway Ar 72032

NAme Of Defendant officer pagdett

Position Officer

Place of employment Faulkner county Sheriff officer

Address 801 Locust st Conway Ar 72032

NAme of Defendant MS Winter

Position Nurse

Place of employment Faulkner County Detention Center

Address 801 Locust st Conway Ar

_____N/A_____

- ☐ Docket Number: _N/A_____

- ☐ Name of judge to whom case was assigned: _N/A_____

- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_____

- ☐ Approximate date of filing lawsuit: _N/A_____

- ☐ Approximate date of disposition: _N/A_____

IV. Place of present confinement: Grimes Unit 300 Correction Dr Newport Ar 72112

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_   No ___

. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___   No _✓_

If not, why? I have some that was appealed never got a response Back before transported to Arkansas Dept of Correction Still have the one's that never got the chance to be appealed

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Oct 24, 2010 @ 6:00pm A disturbance in cell 309 at Faulkner County Detention Center. During this disturbance defendant Karl Byrd dispatched defendant Lt Porter defendant Lt Lasker defendant Capt Randall defendant Major Bobby Brown defendant Cpl Hall and defendant officer Thomas defendant Sgt Fowlkes the root of the disturbance were three unruly inmates that were trying to get shipped to Arkansas Dept of Correction ahead of there schedule the FCDC policy states during a disturbance as such all inmates are required to catch their bunks and stay there until further notified once the above defendants arrived in cell 309 defendant Cpl Hall mased the whole cell including corporates and the innocence inmates once the mase defussed into the air defendant Major Bobby Brown threw a flash greneade into the dayroom where the original corporates were after gaining control of the three original corporates the defendants rushed into the plaintiff pod and

Ordered everyone to the Floor everyone was already on the Floor Face down plaintiff Akemela Burton was kicked in the Forehead where plaintiff Cecil EDWARDS Jr was laying face down when defendant Sgt Fowlkes threw a flash greneade into the cell where it landed on plaintiff Cecil EDWARDS Jr causing burns to the left Lower arm back left side of his neck extreme ringing in his left ear when the greneade blow up in his ear causing hearing loss was to be treated be the Jail MD on 11-4-10 was never called to see him have the medical request that states that also plaintiff Akemela Burton has extreme ringing in his Left ear from the greneade blowing up in his ear in the Pod was plaintiff kelecy perry who was already down on the Floor but was still shot three times with the bing bag gun onces in the buttocks 2 times in the back plaintiff Darrell manning was kicked in his right Jaw causing severe swelling plaintiff Allen merrick also was kicked in his ribs and shot in the buttocks after this we were all handcuffed with our hand behind our backs then was drug face down thru drity toileit water across the dayroom floor

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like Compensation for mental distress, Mental anguish damange to hearing loss in the Sum 60,000 thousand dollars for Inmates to be treated like humans filling fees be paid us Marshal paid for service

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 23 day of December, 2010.

_____

Cecil Edmunds Jr
Signature(s) of plaintiff(s)

Revised 03/19/09

Inmate's Name (Print): Cecil Edwards   Date: 12-2-10   Cell: 307

STATE YOUR GRIEVANCE: I have several grievance pertaning to the disturbance that took place on 10-24-10 but I was transported to ADC on 11-8-10 before I got all of them back I would like those grievance back so that I can finish my due process

Signature and Date of Inmate Writing Grievance: Cecil Edwards

Signature of Receiving Officer: Cpl Childs #126   Date: 12/1/10

Copy of original grievance sent out transported Back to ADC was there for court

Signature of Responding Grievance Officer: _____   Date: / /

**Matters Which Cannot Be Grieved:**
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center.

**Abuse of the Grievance Procedure:**
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.
**Abuse of the Grievance Procedure Continues**

If requested, you will be provided a copy of your request form when the response is returned. This action should be specifically in your request and in all cases you will be required to sign the bottom of the original form (signifying you have provided a response). The original request form and the response must be returned to the complaints/grievance officer within three (3) days of completion. In the event you are not satisfied with the initial answer, you can file an appeal to the response. Appeals must be filed on a separate request/complaint/grievance appeal within 24 hours following receipt of the initial request/complaint/grievance response. Appeals should also be placed in the special mailboxes and will be controlled by the complaints/grievance officer in the same manner as the initial request/complaint/grievance.

COPY

Inmate's Name (Print) **Cecil EDwards**   Date **11-23-10**   Cell **309**

STATE YOUR GRIEVANCE: On 10-24-10 there was a disturbance in 309 Dayroom with a couple of Inmates now your policy states that at anytime there is a disturbance if not involved then you are to catch your pod that's Just what was done during that time our pod door was closed there was a blanket layed down to keep the water out from the Flood still all 5 intmate in the pod C Edward D Morning A merrick K Burton K perry was laying face down on the floor Sgt Fowkles still throw a flash greneade blowing up on C Edwards K Burton with burns and hearing loss other inmates being kick in the face and shot is that policy

Signature and Date of Inmate Writing Grievance: **Cecil Edwards**

Signature of Receiving Officer: **J. Jeff**   Date: **11/24/2010**

See Section 17 Administrative Directive

Sent back to ADC never had a chance to Appeal

Signature of Responding Grievance Officer: **Sgt. Givens #110**   Date: **11/30/10**

Matters Which Cannot Be Grieved:
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center.

Abuse of the Grievance Procedure:
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.
Abuse of the Grievance Procedure Continues

If requested, you will be provided a copy of your request form when the response is returned. This action should be specifically in your request and in all cases you will be required to sign the bottom of the original form (signifying you have provided a response). The original request form and the response must be returned to the complaints/grievance officer within three (3) days of completion. In the event you are not satisfied with the initial answer, you can file an appeal to the response. Appeals must be filed on a separate request/complaint/grievance appeal within 24 hours following receipt of the initial request/complaint/grievance response. Appeals should also be placed in the special mailboxes and will be controlled by the complaints/grievance officer in the same manner as the initial request/complaint/grievance.

# MEDICAL REQUEST FORM
## Faulkner County Detention Center

NAME: Cecil EDWARDS          CELL: 309

DESCRIBE YOUR MEDICAL PROBLEM: I'm still having problems with my hearing from when the Flash grenade went off in my ear on 10-24-10 my hearing have not gotten any better I need to be seen by some one I can't hear out of my left ear

Is it an Emergency   YES or NO

MEDICATION ALLERGIES: N/A
MEDICATIONS YOU ARE TAKING: Dilantin

PAST MEDICAL HISTORY: Seizure

WHO IS YOUR DOCTOR: Dr Dobbs
   ADDRESS/TELEPHONE: N/A
INSURANCE (Medicare/Medicaid/Private): N/A

NOTICE: Upon inmate signing this request, there will be standard medical related charges for medical treatment. Nurse's visit $5.00, Doctor's visit $10.00, Prescription $3.00 per prescription, Transportation fee $25.00, which will be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside this facility that I may be responsible for any bills that are incurred for such treatment.

AGE: 30   DOB 6-27-80          TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: Cecil EDwards     SSN# 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
INMATE SIGNATURE: Cecil Edwards        DATE: 10-29-10
RECEIVING OFFICER: _____ MLB 134    DATE/TIME: 10/29/10

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse may be contacted for advice on next action taken.

See Back
Never Seen MD

**DO NOT WRITE ON BACK OF THIS FORM**

No: 36638
M0001

Never seen Jail MD was transported 11-8-10 to ADC

## INMATE PROGRESS NOTES

VITAL SIGNS:   B/P: _____   H/R: _____   R/R: _____

TEMP: _____   SPO$_2$: _____   %WEIGHT: _____

EKG: _____

ASSESSMENT: Inmate requesting medical RT hearing

MEDICATIONS: None

PLAN: To see Jail MD on 11-04-10

NURSE/EMT: Winter LPN                    DATE/TIME: 11-01-10

COMMENTS: _____

STATE YOUR GRIEVANCE: I have been reading the jail policy there's not one part on there that says anything about using uneassary force when Inmates are complying by laying face down on the floor but I c Edwards still had a flash grenade burn on my left arm left side of my neck hearing loss I would like to see where it says that you can use that kind of force even after being cuffed drag across the floor face down in drity toliet water is that policy

Signature and Date of Inmate Writing Grievance: Cecil Edwards

Signature of Receiving Officer: J. Judy     Date: 11/24/2010

See Section 17 Administrative Directive

Sent to ADC that morning never had a chance to Appeal

Signature of Responding Grievance Officer: Sgt. Givens #110    Date: 11/30/10

**Matters Which Cannot Be Grieved:**
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center.

**Abuse of the Grievance Procedure:**
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.

**Abuse of the Grievance Procedure Continues**

If requested, you will be provided a copy of your request form when the response is returned. This action should be specifically in your request and in all cases you will be required to sign the bottom of the original form (signifying you have provided a response). The original request form and the response must be returned to the complaints/grievance officer within three (3) days of completion. In the event you are not satisfied with the initial answer, you can file an appeal to the response. Appeals must be filed on a separate request/complaint/grievance appeal within 24 hours following receipt of the initial request/complaint/grievance response. Appeals should also be placed in the special mailboxes and will be controlled by the complaints/grievance officer in the same manner as the initial request/complaint/grievance.

Inmate's Name (Print): CECIL EDWARDS    Date: 11-25-10    Cell 309

STATE YOUR GRIEVANCE: On-10-24-10 I was injured due to a disturbance I put in medical request after request no answer I wrote a grievance and was told to write a medical request I never get a answer now what I'm to do

Signature and Date of Inmate Writing Grievance: Cecil Edwards

Signature of Receiving Officer: J Jeff    Date: 11/25/10

See Section 12 Medical Attention

Sent back to ADC Never had a chance to Appeal

Signature of Responding Grievance Officer: Sgt Givens #10    Date: 11/30/10

**Matters Which Cannot Be Grieved:**
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center.

**Abuse of the Grievance Procedure:**
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.
Abuse of the Grievance Procedure Continues

If requested, you will be provided a copy of your request form when the response is returned. This action should be specifically in your request and in all cases you will be required to sign the bottom of the original form (signifying you have provided a response). The original request form and the response must be returned to the complaints/grievance officer within three (3) days of completion. In the event you are not satisfied with the initial answer, you can file an appeal to the response. Appeals must be filed on a separate request/complaint/grievance appeal within 24 hours following receipt of the initial request/complaint/grievance response. Appeals should also be placed in the special mailboxes and will be controlled by the complaints/grievance officer in the same manner as the initial request/complaint/grievance.

Inmate's Name (Print): **Cecil Edwards**  Date: **11-22-10**  Cell: **309**

STATE YOUR GRIEVANCE: On 10-24-10 there was a disturbance in cell 309 during that time I recieved Injuries the disturbance was in the day room the inmates was hand cuffed I was locked in A pod with D manning K perry A Merrick K Burton I recieved Injuries to my neck Left side arm Left Left ear my hearing is still not right I put in a sick call got it back saying that I will been seen by the Jail MD on 11-4-10 it never happened my hearing has Worsting Since because of the flash grenade that Blow up in my ear while I was laying face down on A pod floor that burnt my left arm Left side of my neck causing hearing loss is that policy

Signature and Date of Inmate Writing Grievance: *Cecil Edwards*

Signature of Receiving Officer: *TCH*  Date: **11/21/10**

Appeal

Signature of Responding Grievance Officer: *M*  Date: / /

**Matters Which Cannot Be Grieved:**
1. Trusty job assignments, Release matters, housing unit assignments, state and federal case laws and regulations.
2. Anticipated events, requests for disciplinary actions against an employee, claims for monetary damage.
3. Administrative directives, group petitions, any matter beyond the control of the Faulkner County Detention Facility.
4. Meals or complaints about how other jails operate compared to Faulkner County.
5. Rules posted by Faulkner County Detention Center.

**Abuse of the Grievance Procedure:**
1. Excessive use of the procedure. Excessive is defined as the submission of numerous or redundant grievances beyond that which is considered reasonable.
2. Declaration of an emergency grievance when it is determined that no emergency existed.
3. Use of indecent or vulgar language.
4. Malicious use of the procedure by any inmate who knowingly makes false statements about staff.
5. Frivolous grievances which are clearly insufficient will be returned to the inmate without being processed.
**Abuse of the Grievance Procedure Continues**

If requested, you will be provided a copy of your request form when the response is returned. This action should be specifically in your request and in all cases you will be required to sign the bottom of the original form (signifying you have provided a response). The original request form and the response must be returned to the complaints/grievance officer within three (3) days of completion. In the event you are not satisfied with the initial answer, you can file an appeal to the response. Appeals must be filed on a separate request/complaint/grievance appeal within 24 hours following receipt of the initial request/complaint/grievance response. Appeals should also be placed in the special mailboxes and will be controlled by the complaints/grievance officer in the same manner as the initial request/complaint/grievance.

Copy of Appeal   shipped to ADC
No Response      before the response
                 got back

STATE REASON FOR APPEAL:
I would like to Appeal the Sgt response

Signature of Inmate: _____ Date: __/__/__

RESPONSE:

Lieutenant's Signature: _____ Date: __/__/__

Employees are forbidden from punishing a detainee for writing a grievance. Any perceived punishment shall be reported to the jail administrator / assistant jail administrator without delay. Substantiated reports of retaliation shall subject the employee to disciplinary action.

*This form has been approved by the major and captain. Please don't mail this forms to us because it will not be answered.*

# MEDICAL REQUEST FORM
## Faulkner County Detention Center

NAME: Cecil EDwards          CELL: 307

DESCRIBE YOUR MEDICAL PROBLEM: On 10-24-10 I got injuries in a disturbance that took place in 305 my injuries are burns to my left side arm left side of my neck and a flash grenade that blow up in my ear I still have hearing loss that's getting worse

Is it an Emergency   (YES) or NO

MEDICATION ALLERGIES: NA
MEDICATIONS YOU ARE TAKING: Dilantin

PAST MEDICAL HISTORY: Seizure

WHO IS YOUR DOCTOR: Dr Dobb
    ADDRESS/TELEPHONE: NA
INSURANCE (Medicare/Medicaid/Private): NA

NOTICE: Upon inmate signing this request, there will be standard medical related charges for medical treatment. <u>Nurse's visit $5.00, Doctor's visit $10.00, Prescription $3.00 per prescription, Transportation fee $25.00</u>, which will be deducted from inmates commissary.
I understand that if I need or request treatment that is not available inside this facility that I may be responsible for any bills that are incurred for such treatment.

AGE: 30   DOB 6-27-80         TOTAL MEDICAL CHARGE/S: _____
INMATE NAME PRINTED: Cecil EDwards      SSN# 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
INMATE SIGNATURE: Cecil Edwards          DATE: _____
RECEIVING OFFICER: Cpl Childs #126       DATE/TIME: 12-1-10 @ 0430

The officer receiving this form shall put it in the nurse's box. If it is an emergency the nurse may be contacted for advice on next action taken.

**DO NOT WRITE ON BACK OF THIS FORM**           No: 39308
                                                 M0001

Copy Back to County for court