IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CECIL EDWARDS, JR.
ADC #601363 et al.                                                                       PLAINTIFFS

v.                           CASE NO. 4:10CV02042 BSM/JTR

KARL BYRD,
Sheriff, Faulkner County et al.                                                  DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections were filed. After carefully considering theis documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Pursuant to Fed. R. Civ. P. 4(m), the John Doe defendants are dismissed, without prejudice, due to a lack of service.

2.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 9th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE