IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CECIL EDWARDS, JR.,
ALLEN MERRICK, CLEVELAND SMITH,
KELCEY PERRY and DARRELL MANNING                                    PLAINTIFFS

v.                              CASE NO. 4:10CV02042 BSM

JOHN RANDALL, DURWIN LASKER
JOHNNY FOWLKES, and BRYAN PADGETT                                   DEFENDANTS

## JUDGMENT

Pursuant to the verdict returned by the jury on September 17, 2014, following three days of trial;

IT IS ORDERED, ADJUDGED AND DECREED that on the claim of plaintiff Kelcey Perry against John Randall, as submitted in jury instruction (12), judgment is rendered against defendant John Randall and damages are assessed in the amount of one ($1.00) dollar.  On all remaining claims of plaintiffs Cecil Edwards, Allen Merrick, Cleveland Smith, Kelcey Perry and Darrell Manning, judgment is rendered for defendants John Randall, Durwin Lasker, Johnny Fowlkes and Bryan Padgett.

IT IS SO ORDERED this 19th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE